**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 13-21989-CIV-GRAHAM/GOODMAN

ANA LORENA NUILA DE GADALA-
MARIA, et al.,

    Plaintiffs,

v.

WILLIS GROUP HOLDINGS PUBLIC
LIMITED COMPANY, et al.,

    Defendants.
_____/



### ORDER

**THIS CAUSE** came before the Court Defendant Willis of Colorado, Inc.'s Motion to Stay Proceedings [D.E. 4].

**THE COURT** has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

This action appears to be related Multidistrict Litigation, No. 2099 (the"MDL"), pending before the United States District Court for the Northern District of Texas. Accordingly, the Court shall stay this action pending the Judicial Panel on Multidistrict Litigation's (JPML) decision regarding transfer to the MDL proceedings.

Based on the foregoing, it is hereby

**ORDERED AND ADJUDGED** that the parties shall provide status reports to the Court every forty-five (45) days on the progress of the JPML and the pendency of the transfer. Additionally, if

applicable, the Defendant shall answer, move or otherwise respond to Plaintiff's complaint within twenty (20) days of denial of transfer. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes only, and any pending motions are **DENIED** as moot. The parties are to notify the Court in writing when it is appropriate to lift the stay.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of July, 2013.

s/Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record